FILED
FEB 06 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAY LANGNER, ) <br> ) <br> Defendant. ) | 2:09-CR-269-PMP (PAL) |

## ORDER OF FORFEITURE

This Court found on July 30, 2009, that JAY LANGNER shall pay a criminal forfeiture money judgment of $1,000,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Docket #13, #14.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAY LANGNER, a criminal forfeiture money judgment in the amount of $1,000,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 6th day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE